UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

Cr. No.: 1:14-cr-

ROSAIRE GAUTHIER

# **INDICTMENT**

## COUNT ONE

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around April 16, 2011, in the District of New Hampshire, defendant,

ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT TWO

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around June 8, 2011, in the District of New Hampshire, defendant,

ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT THREE

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around June 20, 2011, in the District of New Hampshire, defendant,

ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around June 22, 2011, in the District of New Hampshire, defendant,

ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around June 29, 2011, in the District of New Hampshire, defendant,

ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT SIX

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around July 13, 2011, in the District of New Hampshire, defendant,

### ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed controlled substances, to wit, oxycodone and cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around July 25, 2011, in the District of New Hampshire, defendant,

### ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around August 30, 2011 in the District of New Hampshire, defendant,

### ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed controlled substances, to wit, oxycodone and cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT NINE

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around September 21, 2011, in the District of New Hampshire, defendant,

### ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around November 9, 2011, in the District of New Hampshire, defendant,

### ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around November 17, 2011, in the District of New Hampshire, defendant,

### ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT TWELVE

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around December 1, 2011, in the District of New Hampshire, defendant,

### ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around December 15, 2011, in the District of New Hampshire, defendant,

### ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around January 5, 2012, in the District of New Hampshire, defendant,

### ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substances, to wit, oxycodone and cocaine, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges:

## COUNT FIFTEEN

[21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance]

On or around February 1, 2012, in the District of New Hampshire, defendant,

ROSAIRE GAUTHIER

knowingly, intentionally and unlawfully distributed a controlled substance, to wit, oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).


Dated:  April 16, 2014                          A TRUE BILL


                                                                 /s/  Grand Jury Foreperson
                                                                 Foreperson of the Grand Jury

JOHN P. KACAVAS
United States Attorney
District of New Hampshire



       /s/  Debra M. Walsh
By:   Debra M. Walsh
       Assistant U.S. Attorney